Thomas H. Citron, Esq., State Bar No. 182142
thomas.citron@citronlaw.com
Katherine A. Tatikian, Esq., State Bar No. 142665
katherine.tatikian@citronlaw.com
**CITRON & CITRON**
11845 West Olympic Blvd., Suite 845
Los Angeles, CA 90064
Telephone: (310) 450-6695; Facsimile: (310) 450-3851
Attorneys for Plaintiffs **XENON INVESTMENT GROUP; ROHIT MEHTA; DEEPAK MEHTA**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| XENON INVESTMENT CORPORATION; ROHIT MEHTA; DEEPAK MEHTA<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania Corporation; MOUNT VERNON FIRE INSURANCE COMPANY, a Corporation and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-04630-MRA-AGR<br>Assigned To The Honorable Monica Ramirez Almadani, District Judge<br>Also Assigned To The Honorable Alicia G. Rosenberg, Magistrate Judge<br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DUTY TO DEFEND**<br>[Filed concurrently with Plaintiffs' (1) Memorandum of Points and Authorities; (2) Separate Statement Of Uncontroverted Facts And Conclusions Of Law; (3) Declaration Of Rohit Mehta & Ex. 1; (4) Declaration of Katherine A. Tatikian I and Exhibits A-DD; (5) Request For Judicial Notice, Memorandum, Declaration of Katherine A. Tatikian II; (6) [Proposed] Order<br>**<u>Hearing:</u>**<br>Date: June 16, 2025<br>Time: 1:30 p.m.<br>Courtroom:10B |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DUTY TO DEFEND**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 16, 2025, at 1:30 p.m. or as soon thereafter as this matter may be heard in Department 10B of the above entitled Court, located at 350 West First Street, Los Angeles, California 90012, Plaintiffs Xenon Investment Corporation ("Xenon") , Rohit Mehta and Deepak Mehta will and hereby do move for partial summary judgment that Defendants Mount Vernon Fire Insurance Company ("MVFIC") and United States Liability Insurance Company ("USLIC") have a duty to defend the claims against Plaintiffs Xenon, Rohit Mehta and Deepak Mehta in the Underlying Actions entitled:

- *IH Investments, LLC v. Dorchester Properties, LLC, BG Apartments LLC, Xenon Investment Group, Rohit Mehta and Deepak Mehta*, Los Angeles County Superior Court Case No. 22STCV09471 ("*IH v. Dorchester*") and
- *IH Investments, LLC v. VTM Apartments, LLC, Xenon Investment Group, BG2 Apartments LLC, BG Apartments LLC, Rohit Mehta and Deepak Mehta*, Los Angeles County Superior Court, Central District, Stanley Mosk Courthouse, Case No. 22STCV39298 ("*IH v. VTM*").

This motion is made pursuant to *Federal Rule of Civil Procedure* 56 on the ground that, as a matter of law, Defendants/Insurers MVFIC and USLIC have a duty to defend the claims against the Plaintiffs/Insureds Xenon, Rohit Mehta and Deepak Mehta in the Underlying Actions based on reasons which include:

- The Policies' "**Insuring Agreements**" require Defendants/Insurers to defend the Plaintiffs/Insureds in the Underlying Actions because, at the very least, a potential for coverage exists under Defendants/Insurers MVFIC and USLIC;
- Plaintiffs are "**Insureds**" within the Policies' definition, and based on the "**Additional Insured Endorsement**," for the claims in the Underlying Actions;

- The Underling Actions constitute "**Claims**" made during the Defendants/Insurers' "**Policy Periods**."
- The Underlying Actions constitute "**Claims**" For "**Wrongful Acts**" Within The Policies' definition.
- The "**Claims**" in the Underlying Actions involve "**Professional Services**" within the Policies' definition**.**
- The Policies' "**Professional Services**" Exclusion does not apply, and if applied would render the Policies' "**Professional Services**" Coverage illusory.
- The Policies' **Errors and Omissions Retroactive Date Endorsement** does not negate Defendants/Insurers' duty to defend the Underlying Actions.
- By failing to respond to tender of the *IH V. VTM* Underlying Action, Defendants/Insurers waived their right to assert late tender and other putative coverage defenses**.**

Therefore, Plaintiffs/Insureds Xenon Investment Corporation, Rohit Mehta and Deepak Mehta move for partial summary judgment that Defendants/Insurers Mount Vernon Fire Insurance Company and United States Liability Insurance Company have a duty to defend the Underlying Actions.

This Motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, Separate Statement Of Uncontroverted Facts and Conclusions Of Law, Declaration of Rohit Mehta and Exhibit 1, Declaration of Katherine A. Tatikian and Exhibits A-DD, Request for Judicial Notice, [Proposed] Order and all pleadings, records and other documents filed with the Court in this action, the judicially noticeable complaints in the Underlying Actions and such additional evidence and argument as this Court allows to be submitted at the hearing on this motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which occurred on April 25, 2025. Declaration of Katherine A. Tatikian ¶¶29-32 and Exhibits AA-DD.

Dated: May 5, 2025

**CITRON & CITRON**

By: ______________________________

THOMAS CITRON
KATHERINE A. TATIKIAN
Attorneys for Plaintiffs
**XENON INVESTMENT GROUP; ROHIT MEHTA; DEEPAK MEHTA**

**CERTIFICATE OF SERVICE**

*Xenon Investment Corp.; Rohit Mehta; Deepak Mehta,* United States District Court, Central District of California, Case No. #2:24−cv−04630-MRA-AGR

I hereby certify under penalty of perjury that, on May 5, 2025, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system which will send notifications of such filing to counsel of record for all parties to this action through this Court's Notice of Electronic Filing System.

Dated: May 5, 2025 **CITRON & CITRON**

By: Katherine A. Tatikian

KATHERINE A. TATIKIAN (Cal. Bar #142665)
CITRON & CITRON
11845 West Olympic Boulevard, Suite 845
Los Angeles, CA 90064
Tel. 310.450.6695 Fax: 310.450.3851
katherine.tatikian@citronlaw.com
Attorneys for Plaintiffs **XENON INVESTMENT CORPORATION; ROHIT MEHTA; DEEPAK MEHTA**