# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XENON INVESTMENT CORPORATION; ROHIT MEHTA; DEEPAK MEHTA;<br><br>       Plaintiffs,<br><br>    vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 50, Inclusive,<br><br>       Defendants. | ) Case No. 2:24-cv- 04630-MRA-AGR<br>) Hon. Monica Ramirez Almadani<br>) Courtroom 9B<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendants United States Liability Insurance Company ("USLI") and Mount Vernon Fire Insurance Company ("Mount Vernon"), having duly moved this Court for an Order granting summary judgment on the grounds that Mount Vernon policies PM 2551072 and PM 2551072A, and USLI policy PM 1555900 issued to Westside Habitats LLC provide no coverage to Plaintiffs with respect to the claims asserted against them in the actions styled *IH Investments LLC v. Dorchester Properties, LLC et al.*, Los Angeles County Superior Court case no. 22STCV09471, and *IH Investments LLC v. VTM Apartments LLC et al.*, Los Angeles County Superior Court

1

JUDGMENT

case no. 22STCV39298, and said motion having regularly come on to be heard before me, the undersigned Judge, on August 11, 2025;

NOW, following consideration of Mount Vernon's and USLI's moving and reply papers and the opposition papers filed by Plaintiffs (Dkt. Nos. 38, 40, 42), and upon the Order Granting Defendants' Motion for Summary Judgment, Or In The Alternative, Partial Summary Judgment And Denying Plaintiffs' Motion for Partial Summary Judgment dated March 31, 2026 and entered on April 3, 2026 (Dkt. No. 57),

IT IS HEREBY ORDERED AND ADJUDGED that Mount Vernon and USLI are entitled to a judicial declaration that the *IH Investments LLC v. Dorchester Properties, LLC et al.* action and the *IH Investments LLC v. VTM Apartments LLC et al.* action are not potentially covered under Mount Vernon policies PM 2551072 and PM 2551072A, and USLI policy PM 1555900 issued to Westside Habitats LLC, and that Mount Vernon and USLI had no obligation to defend Plaintiffs with respect to the actions.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed on the merits and that Defendants Mount Vernon and USLI shall receive their costs from Plaintiffs, pursuant to their Bill of Costs to be filed in accordance with Rule 54.

**JUDGMENT IS HEREBY ENTERED in this case** .

Dated: April 13, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2
JUDGMENT